# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. THIMESCH, <br> Plaintiff, <br> v. <br> KENNETH J. SCHMIER, <br> Defendant. | Case No. 18-cv-04364-SK <br><br> **DISMISSAL WITH PREJUDICE** <br><br> Regarding Docket No. 22 |

The parties to this action inform the Court that they have reached a settlement. (Dkt. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Timothy S. Thimesch and Defendant Kenneth J. Schmier have stipulated to the following relief:

i. that this action be dismissed forthwith;

ii. that the Case Management and Pretrial Order (Dkt. 17) be vacated along with all trial and other pending dates therein;

iii. that all parties shall bear their own attorneys fees and costs, whether incurred herein or prior to removal to this Court.

Accordingly, the Court hereby GRANTS the above listed relief and DISMISSES this matter WITH PREJUDICE. The Clerk shall close the file forthwith.

**IT IS SO ORDERED**.

Dated: February 21, 2019

_____
SALLIE KIM
United States Magistrate Judge